# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | Jamie Russette Abraham | | |
| **Case Number:** | 0:09-bk-15085-RJH | **Chapter:** | 7 |
| **Date / Time / Room:** | MONDAY, SEPTEMBER 14, 2009 11:00 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | SHERI FLETCHER | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY DEUTSCHE BANK

**R / M #:**   10 / 0

## *Appearances:*

DAVID MARTINEZ, ATTORNEY FOR JAMIE RUSSETTE ABRAHAM
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## *Proceedings:*

Mr. McDonald reviewed the payment history and urged the Court to grant stay relief.

Mr. Martinez informed an offer was sent to the movant.

COURT:  IT IS ORDERED GRANTING RELIEF FROM THE AUTOMATIC STAY.   MR. MCDONALD MAY UPLOAD A FORM OF ORDER.