**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: September 16, 2009**



_Randolph J. Haines_
_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge

_____

# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-17285/0012119075

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: <br><br> Jamie Russette Abraham <br>    Debtors. <br>_____ <br> Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-4 <br>    Movant, <br>  vs. <br><br> Jamie Russette Abraham, Debtors; William E. Pierce, Trustee. <br><br>    Respondents. | No. 0:09-bk-15085-RJH <br><br> Chapter 7 <br><br> O R D E R <br><br> (Related to Docket #10) |

  This matter having come before the Court for a Preliminary Hearing on September 14, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, David Martinez, and good cause appearing,

  **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated July 20, 2007, and recorded on August 1, 2007 in

2007K080283 , in the office of the Kane County Recorder at  wherein Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-4 is the current beneficiary and Jamie Russette Abraham have an interest in, further described as:

    Lot 68 of WILD ROSE ADDITION, UNIT NO. 1, being a subdivision of Part of the Northeast 1/4 of Section 28, Township 40 North, Range 8, East of the Third Principal Meridian, in the Township of St. Charles, Kane County, Illinois.

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

    DATED this ___ day of _____, 2009.

                                              _____
                                              JUDGE OF THE U.S. BANKRUPTCY COURT