**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: October 14, 2009**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19973/5209457

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jamie Russette Abraham<br>      Debtors.<br>_____<br>BankUnited, FSB<br>      Movant,<br>  vs.<br><br>Jamie Russette Abraham, Debtors; William E. Pierce, Trustee.<br><br>      Respondents. | No. 0:09-bk-15085-RJH<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 19) |

      This matter having come before the Court for a Preliminary Hearing on October 7, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Cary Ray Lundberg, and good cause appearing,

      **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated May 10, 2007, and recorded on, in the office of the

Dupage County Recorder at wherein BankUnited, FSB is the current beneficiary and Jamie Russette Abraham has an interest in, further described as:

    Lot 53, of PARKVIEW, being a subdivision of Part of the East 1/2 of the Southwest 1/4 of Section 2, Township 40 North, Range 10, East of the THIRD Principal Meridian, according to the Plat thereof Recorded August 14, 1979 as Document R79-72468-, in Dupage County, Illinois

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

    DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT